| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C.<br>4/12/2019/am | **Criminal Docket** |

McALLEN Division     CR. No. **M-19-787**    M-19-0800-M

**INDICTMENT** Filed: May 8, 2019     Judge: **RANDY CRANE**

County: Hidalgo

Lions #: **2019R13194**

UNITED STATES OF AMERICA

Attorneys:

RYAN K. PATRICK, UNIED STATES ATTORNEY

v.

FRANCES E. BLAKE, ASST. U.S. ATTORNEY

JOSE ADONIS RODRIGUEZ     Ct. 1     Jose Angel Martinez, FPD, (956) 630-2995

*Custody: 4/9/2019*

Charge(s):    Ct. 1: Escape from federal custody or institution.
                Title 18, United States Code, Section 751(a)

Total Counts **(1)**

Penalty:    Ct. 1: Imprisonment for not more than 5 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:    U.S. MARSHAL'S SERVICE - Sergio Sepuveda - 72554-379

Date                         Proceedings